**DISMISS and Opinion Filed July 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00950-CV**

**MARY LISA ASHPOLE, Appellant**
**V.**
**WENDY CHEN, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01392-2013**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Before the Court is appellant's July 12, 2013 motion to dismiss her notice of appeal. We construe appellant's motion as a motion to dismiss her appeal. Appellant states that she has consulted with an attorney, she has filed a motion for new trial below, and that she asks this Court to dismiss her appeal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/

JIM MOSELEY

130950F.P05                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MARY LISA ASHPOLE, Appellant

No. 05-13-00950-CV      V.

WENDY CHEN, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas.
Trial Court Cause No. 005-01392-2013.
Opinion delivered by Justice Moseley.
Justices Bridges and Lang-Miers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, WENDY CHEN, recover her costs of this appeal from appellant, MARY LISA ASHPOLE.

Judgment entered this 22nd day of July, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE